CLOSED, ECF, RELATED

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01229-HB
# Internal Use Only

Logan v. Nuvelo, Inc. et al
Assigned to: Judge Harold Baer
Related Case: 1:07-cv-00975-HB
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 02/16/2007
Date Terminated: 07/20/2007
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Barry Logan**
*Individually and on behalf of all others similarly situated*

represented by **D. Seamus Kaskela**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Rd.
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan J Smith**
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
516-741-4977
Email: esmith@brodsky-smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Maniskas**
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nuvelo, Inc.**

represented by **Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of the Americas

|  |  |
|---|---|
|  | New York, NY 10036<br>212 479-6204<br>Fax: 212 479 6275<br>Email: mseifan@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Grant P. Fondo**<br>Cooley Godward Kronish, LLP ( Palo Alto )<br>5 Palo Alto Square, 3000 El Camino Real<br>Palo Alto, CA 94306<br>(650)-843-5458<br>Fax: (650)-857-0663<br>Email: gfondo@cooley.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott Davis Devereaux**<br>Cooley, Godward Kronish, LLP<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>(650) 843-5000<br>Fax: (650) 857-0663<br>Email: sdevereaux@cooley.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**Ted W. Love** | represented by **Marisa Megur Seifan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Grant P. Fondo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott Davis Devereaux**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**Gary S. Titus** | represented by **Marisa Megur Seifan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Grant P. Fondo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

        **Scott Davis Devereaux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shelly D. Guyer**   represented by   **Marisa Megur Seifan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Grant P. Fondo**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Scott Davis Devereaux**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2007 | 1 | COMPLAINT against Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Filing Fee $ 350.00, Receipt Number 606631)Document filed by Barry Logan.(tro) Additional attachment(s) added on 3/14/2007 (Becerra, Maribel). (Entered: 02/21/2007) |
| 02/16/2007 | | SUMMONS ISSUED as to Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (tro) (Entered: 02/21/2007) |
| 02/16/2007 | | Case Designated ECF. (tro) (Entered: 02/21/2007) |
| 02/16/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Barry Logan.(tro) Additional attachment(s) added on 3/14/2007 (Becerra, Maribel). (Entered: 02/21/2007) |
| 02/16/2007 | | CASE REFERRED TO Judge Harold Baer as possibly related to 1:07-cv-975. (tro) (Entered: 02/21/2007) |
| 03/06/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:07-cv-00975-HB. Notice of Assignment to follow. (js) (Entered: 03/12/2007) |
| 03/06/2007 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Harold Baer. Judge Unassigned is no longer assigned to the case. (js) Additional attachment(s) added on 3/12/2007 (Scheib, Juliaann). Additional attachment(s) added on 3/12/2007 (Scheib, Juliaann). (Entered: 03/12/2007) |
| 03/06/2007 | | Magistrate Judge Henry B. Pitman is so designated. (js) (Entered: 03/12/2007) |
| 03/06/2007 | | Mailed notice to the attorney(s) of record. (js) (Entered: 03/12/2007) |
| 04/17/2007 | 11 | MOTION for Scott D. Devereaux to Appear Pro Hac Vice. Document |

| | | |
|---|---|---|
| | | filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer.(jco) (Entered: 04/23/2007) |
| 04/18/2007 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. NO Corporate Parent. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer.(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 5 | MOTION to Transfer Case *to the Northern District of California*. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Attachments: # 1 Affidavit Certificate of Service for ALL Documents)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 6 | AFFIDAVIT of Gary S. Titus in Support re: 5 MOTION to Transfer Case *to the Northern District of California*.. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C, Part 1# 4 Exhibit C, Part 2# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 7 | AFFIDAVIT of Shelly D. Guyer in Support re: 5 MOTION to Transfer Case *to the Northern District of California*.. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 8 | AFFIDAVIT of Ted W. Love in Support re: 5 MOTION to Transfer Case *to the Northern District of California*.. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 9 | DECLARATION of Grant Fondo in Support re: 5 MOTION to Transfer Case *to the Northern District of California*.. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 10 | MEMORANDUM OF LAW in Support re: 5 MOTION to Transfer Case *to the Northern District of California*.. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Seifan, Marisa) (Entered: 04/18/2007) |
| 04/20/2007 | 12 | MOTION for Grant P. Fondo to Appear Pro Hac Vice. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer.(jco) (Entered: 04/23/2007) |
| 04/30/2007 | 13 | ORDER granting 11 Motion for Scott D. Devereaux to Appear Pro Hac Vice. (Signed by Judge Harold Baer on 4/27/2007) (kkc) (Entered: 05/02/2007) |
| 04/30/2007 | 14 | ORDER granting 12 Motion for Grant P. Fondo to Appear Pro Hac Vice. (Signed by Judge Harold Baer on 4/27/2007) (kkc) (Entered: 05/02/2007) |
| 05/17/2007 | 15 | MOTION for Nicolette Tropiano to Appear Pro Hac Vice. Document filed by Barry Logan.(jco) Additional attachment(s) added on 5/22/2007 |

| | | |
|---|---|---|
| | | (Correa, Julie). (Entered: 05/22/2007) |
| 07/20/2007 | [16](#) | ORDER granting [17] Motion to Transfer Case. Because the majority of factors favor transfer, defendants' motion to transfer venue for these four actions-- Electrical Workers v. Nuvelo, 07-cv-975 (S.D.N.Y); Logan v. Nuvelo, 07-cv-1229 (S.D.N.Y.); Giles v. Nuvelo, 07-cv-1777(S.D.N.Y.); and Braker v. Nuvelo, 07-cv-1953 (S.D.N.Y.) - is GRANTED. The Clerk of the Court is instructed to transfer these four actions to the Northern District of California and remove them from my docket. So Ordered. (Signed by Judge Harold Baer on 7/19/07)(Signed by Judge Harold Baer on 7/19/07) (jco) (Entered: 07/23/2007) |
| 07/20/2007 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Northern District of California. Sent original file along with documents numbered 1-16, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8582 4870 1003 on 7/25/07. (jco) (Entered: 07/25/2007) |