SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., *On Behalf of itself and all others similarly situated,*<br><br>  Plaintiff,<br><br>vs.<br><br>NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,<br><br>  Defendants. | No. 3:07-CV-04056-MJJ<br><br>CLASS ACTION<br><br>PROOF OF SERVICE |

PROOF OF SERVICE

| | |
|---|---|
| BARRY LOGAN, *Individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>    vs.<br><br>NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,<br><br>    Defendants. | No. 3:07-CV-04057-MJJ |
| ARNOLD GILES, *Individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>    vs.<br><br>NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,<br><br>    Defendants. | No. 3:07-CV-04058-MJJ |
| HERBERT BAKER, *On Behalf of himself and all others similarly situated,*<br><br>    Plaintiff,<br><br>    vs.<br><br>NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,<br><br>    Defendants. | No. 3:07-CV-04059-MJJ |

PLEASE SEE ATTACHED PROOF OF SERVICE

PROOF OF SERVICE

|    |    |
|----|----|
| 1  | **PROOF OF SERVICE** |
| 2  |    |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On August 16, 2007, I served the within documents:

**MOTION OF THE LIDARD GROUP TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

☒ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☐ by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

☐ By causing personal delivery of a copy of the document(s) listed above to the person(s) addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

| | |
|---|---|
| Evan J. Smith<br>Brodsky & Smith, LLC<br>240 Mineola Blvd.<br>Mineola, NY 11501 | Marshall N. Perkins<br>The World Trade Center – Baltimore]<br>401 E. Pratt Street<br>Suite 2525<br>Baltimore, MD 21202 |

PROOF OF SERVICE

1  I am readily familiar with the firm's practice of collecting and processing correspondence for
   mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day
2  with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of
   the party served, service is presumed invalid if postal cancellation date or postage meter date is
3  more than one day after date of deposit for mailing in affidavit.

4

5  I declare under penalty of perjury under the laws of the State of California that the above is true
   and correct, executed on August 16, 2007, at Walnut Creek, California.

6

7                                                        /s/ Peggy Toovey

8                                                        Peggy Toovey

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE