| | |
|---|---|
| Sherrie R. Savett | Andrew M. Schatz |
| Barbara A. Podell | Jeffrey S. Nobel |
| Phyllis M. Parker | Nancy A. Kulesa |
| **BERGER & MONTAGUE, P.C.** | **SCHATZ NOBEL IZARD, P.C.** |
| 1622 Locust Street | One Corporate Center |
| Philadelphia, PA 19103 | 20 Church Street, Suite 1700 |
| Telephone: (215) 875-3000 | Hartford, CT 06103 |
| Facsimile: (215) 875-4604 | Telephone: (860) 493-6292 |
| Email: ssavett@bm.net | Facsimile: (860) 493-6290 |
| Email: bpodell@bm.net | Email: aschatz@snilaw.com |
| Email: pparker@bm.net | Email: jnobel@snilaw.com |
| | Email: nkulesa@snilaw.com |

*Proposed Co-Lead Counsel for Plaintiffs*

Dennis J. Herman (220163)
**COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
Email: dennish@csgrr.com

*Proposed Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUVELO, INC., et al.,<br><br>Defendants. | No. 3:07-cv-04056-MJJ<br><br>CLASS ACTION<br><br>**CONSOLIDATED RESPONSE TO PENDING MOTIONS OF ALL LEAD PLAINTIFF APPLICANTS REGARDING THE APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL**<br><br>DATE: October 2, 2007<br>TIME: 9:30 a.m.<br>COURTROOM: The Hon. Martin J. Jenkins |

[3:07-cv-04056-MJJ] - CONSOLIDATED RESPONSE TO PENDING MOTIONS OF ALL LEAD PLAINTIFF APPLICANTS REGARDING THE APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL — 1

WHEREAS, Juan Pablo Cabrera, represented by Schatz Nobel Izard, P.C. and Coughlin Stoia Geller Rudman & Robbins LLP, filed an application to be appointed lead plaintiff;

WHEREAS, Frank C. Petronis and Patricia A. Petronis, Todd A. Stephens and Amy Stephens, and Vincent E. DiFrancia and Candace L. DiFrancia (the "Petronis Group") represented by Berger & Montague, P.C., filed an application to be appointed lead plaintiff;

WHEREAS, both Mr. Cabrera and the Petronis Group suffered substantial losses as a result of their purchases of Nuvelo securities during the class period;

WHEREAS, Mr. Cabrera and the Petronis Group have agreed to work together as lead plaintiffs to prosecute this action jointly on behalf of the Class and propose the law firms of Berger & Montague, P.C., and Schatz Nobel Izard, P.C. to serve as plaintiffs' Co-Lead Counsel and the law firm of Coughlin Stoia Geller Rudman & Robbins LLP as plaintiffs' Liaison Counsel;

WHEREAS, Berger & Montague, P.C. and Schatz Nobel Izard, P.C. have previously worked together successfully as co-lead counsel in securities class actions, such as *Laborers Local v. Campbell Soup Company,* No. Civ.A. 00-152 (JEI), where they represented the State of Connecticut Retirement Plans and Trust Funds and other individual plaintiffs as lead plaintiffs; and

WHEREAS, the only remaining applicant for lead plaintiff, the Lidard Group, represented by Schiffrin Barroway Topaz & Kessler LLP, whose losses were considerably less than those of Mr. Cabrera or the Petronis Group, has agreed to withdraw its lead plaintiff application without prejudice to its rights as a member of the proposed Class; and

WHEREAS, one member of the Petronis Group, Vincent and Candace DiFrancia whose losses were less then $30,000, has agreed to withdraw from the Petronis Group and thus there is no opposition to this Amended Motion;

THEREFORE, the parties to this Amended Motion hereby agree as follows:

1. Having evaluated all of the lead plaintiff applications, Mr. Cabrera and Frank C. and

Patricia A. Petronis and Todd A. and Amy Stephens hereby jointly amend their respective lead plaintiff applications without opposition from any lead plaintiff applicants, and request that the Court enter the attached Order appointing them as lead plaintiffs and approving of their selection of the law firms of Berger & Montague, P.C. and Schatz Nobel Izard, P.C. as plaintiffs' Co-Lead Counsel and Coughlin Stoia Geller Rudman & Robbins LLP as plaintiffs' Liaison Counsel.

Dated: September 11, 2007

/s/ Dennis J. Herman

Dennis J. Herman (220163)
**COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111

*Proposed Liaison Counsel for Plaintiffs and the Class*

I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this CONSOLIDATED RESPONSE TO PENDING MOTIONS OF ALL LEAD PLAINTIFF APPLICANTS REGARDING THE APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL. In compliance with General Order 45, X.B., I hereby attest that the undersigned have concurred in this filing.

/s/ Dennis J. Herman
DENNIS J. HERMAN

Dated: September 11, 2007

/s/ Andrew M. Schatz

Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
**SCHATZ NOBEL IZARD, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

*Counsel for Lead Plaintiff Applicant Juan Pablo Cabrera and Proposed Co-Lead Counsel for the Class*

Dated: September 11, 2007

/s/ Sherrie R. Savett

[3:07-cv-04056-MJJ] AMENDED MOTION OF ALL LEAD PLAINTIFF APPLICANTS REGARDING
THE APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL AND PROPOSED ORDER

- 2 -

|   |   |
|---|---|
| | Sherrie R. Savett |
| | Barbara A. Podell |
| | Phyllis M. Parker |
| | **BERGER & MONTAGUE, P.C.** |
| | 1622 Locust Street |
| | Philadelphia, PA  19103 |
| | |
| | *Counsel for Lead Plaintiff Applicants Frank C. Petronis and Patricia A. Petronis, Todd A. Stephens and Amy Stephens, and Vincent E. DiFrancia and Candace L. DiFrancia and Proposed Co-Lead Counsel for the Class* |
| Dated: September 11, 2007 | /s/ Stuart Berman |
| | Stuart Berman |
| | **SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP** |
| | 280 King of Prussia Road |
| | Radnor, PA  19087 |
| | |
| | *Counsel for Lead Plaintiff Applicant Lidard Group* |

T:\CasesSF\Nuvelo\MOT00045460.doc

[3:07-cv-04056-MJJ] AMENDED MOTION OF ALL LEAD PLAINTIFF APPLICANTS REGARDING
THE APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL AND PROPOSED ORDER

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2007.

          s/ Dennis J. Herman
          DENNIS J. HERMAN

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: dennish@csgrr.com

[3:07-cv-04056-MJJ] AMENDED MOTION OF ALL LEAD PLAINTIFF APPLICANTS REGARDING THE APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL AND PROPOSED ORDER

# Mailing Information for a Case 3:07-cv-04056-MJJ

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,sholloway@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,e_file_sf@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Phyllis M. Parker
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

Barbara A. Podell
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
New York, NY 11747

Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Marisa Megur Seifan
Cooley Godward Kronish LLP
```

1114 Avenue of Americas
New York, NY 10036

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087