1 | COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | DENNIS J. HERMAN (220163)
    MONIQUE C. WINKLER (213031)
3 | 100 Pine Street, Suite 2600
    San Francisco, CA 94111
4 | Telephone: 415/288-4545
    415/288-4534 (fax)
5 | dennish@csgrr.com
    moniquew@csgrr.com

Liaison Counsel

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
CAROLE A. BRODERICK
BARBARA A. PODELL
PHYLLIS M. PARKER
JOSHUA C. SCHUMACHER
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)
ssavett@bm.net
bpodell@bm.net
pparker@bm.net

SCHATZ NOBEL IZARD, P.C.
ANDREW M. SCHATZ
JEFFREY S. NOBEL
NANCY A. KULESA
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: 860/493-6292
860/493-6290 (fax)
aschatz@snilaw.com
jnobel@snilaw.com
nkulesa@snilaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-04056-MMJ |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [~~PROPOSED~~] ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) TO DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE |
| ALL ACTIONS. | |

1  WHEREAS, Shelly D. Guyer ("Guyer") was named as a defendant in complaints filed in this

2 action; and

3  WHEREAS, Co-Lead Counsel for plaintiffs do not intend to name Guyer as a defendant in

4 this consolidated action; and

5  NOW, THEREFORE, the undersigned parties hereby stipulate pursuant to Fed. R. Civ. P.

6 41(a)(1)(ii) to dismiss Guyer as a defendant from this consolidated action without prejudice. Each

7 party shall bear its own costs and fees.

8  IT IS SO STIPULATED.

9 DATED: November 9, 2007                COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
10                                          DENNIS J. HERMAN
                                            MONIQUE C. WINKLER
11

12
                                               /s/ Dennis J. Herman
13                                          DENNIS J. HERMAN

14                                          100 Pine Street, Suite 2600
                                            San Francisco, CA  94111
15                                          Telephone:  415/288-4545
                                            415/288-4534 (fax)
16
                                            Liaison Counsel
17
                                            BERGER & MONTAGUE, P.C.
18                                          SHERRIE R. SAVETT
                                            CAROLE A. BRODERICK
19                                          BARBARA A. PODELL
                                            PHYLLIS M. PARKER
20                                          JOSHUA C. SCHUMACHER
                                            1622 Locust Street
21                                          Philadelphia, PA  19103
                                            Telephone:  215/875-3000
22                                          215/875-4604 (fax)

23                                          SCHATZ NOBEL IZARD, P.C.
                                            ANDREW M. SCHATZ
24                                          JEFFREY S. NOBEL
                                            NANCY A. KULESA
25                                          One Corporate Center
                                            20 Church Street, Suite 1700
26                                          Hartford, CT  06103
                                            Telephone:  860/493-6292
27                                          860/493-6290 (fax)

28                                          Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(A)(1)(II) TO
DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE - 3:07-cv-04056-MMJ            - 1 -

| | |
|---|---|
| DATED: November 9, 2007 | COOLEY GODWARD KRONISH LLP<br>SCOTT D. DEVEREAUX (146050)<br>GRANT P. FONDO (181530)<br>JEFFREY KABAN (235743) |

                                  /s/ Jeffrey Kaban
                                  JEFFREY KABAN

5 Palo Alto Sq.
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650/843-5000
650/857-0663 (fax)

Counsel for Defendants Nuvelo, Inc., Ted W. Love, Gary S. Titus, and Shelly D. Guyer

I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) TO DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE. In compliance with General Order No. 45, X.B., I hereby attest that Jeffrey Kaban has concurred in this filing.

                                  /s/ Dennis J. Herman
                                  DENNIS J. HERMAN

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/16/07

                                  THE HONORABLE MARTIN J. JENKINS
                                  UNITED STATES DISTRICT JUDGE

T:\CasesSF\Nuvelo\STIP00047133.doc

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2007.

s/ Dennis J. Herman
DENNIS J. HERMAN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: Dennish@csgrr.com

# Mailing Information for a Case 3:07-cv-04056-MJJ

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,e_file_sf@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
```

```
58 South Service Road
Suite 200
New York, NY 11747
```

**Marisa Megur Seifan**
```
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036
```

**Evan J. Smith**
```
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
```

**Nicolette Tropiano**
```
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087
```